# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141739(98)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SAMMIE RAY BAILEY, JR.,
      Defendant-Appellee.

_____

SC: 141739
COA: 278411
Kent CC: 06-006768-FC

      On order of the Chief Justice, the motion by defendant-appellee for extension of the time for filing his brief on appeal is considered and, it appearing the brief was filed March 8, 2011, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2011

_____
Clerk